Order issued September 26, 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00259-CR

**THOMAS JASON THOMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **REINSTATES** the appeal.

On July 10, 2012, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 24, 2012, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the July 10, 2012 order.

Appellant's brief is due within thirty days of the date of this order.

DAVID L. BRIDGES
JUSTICE